**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HAIM SAMAREL, | |
| Plaintiff, | Case No.: 1:25-cv-13175 |
| v. | Judge Andrea R. Wood |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Daniel P. McLaughlin |
| Defendants. | |

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | art design prints |
| 2 | wenxue art poster |
| 3 | KRNSERQ-US |
| 4 | pingdingshanxinhuaquguanyoubaihuodian |
| 5 | putianshixiuyuquzhaoqinzhimaoyiyouxiangongsi |
| 6 | linqingzhen96 |
| 7 | zhangjianbo77 |
| 8 | ziye159 |
| 9 | xianyouleidingmaoyiyouxiangongsi |
| 10 | weilan1025 |
| 11 | zhangjianfeng87 |
| 12 | wenzhijian96 |
| 13 | wulinmei |
| 14 | putianshixiuyuqujiaolifengmaoyiyouxiangongsi |
| 15 | KHAC QUYET 2004 |
| 16 | YouLlongLuHai |
| 17 | qingye shop |
| 18 | GuinianStore |
| 19 | DaZhuangYuJu |
| 20 | shenxiaoyinposter |
| 21 | guo bin Elegant poster |
| 22 | jiangyuxiang2024 |
| 23 | zhi wei Job poster |
| 24 | tanzhenhai2024 |

| | |
|---|---|
| 25 | liu na Homeless poster |
| 26 | zhi wen Master the poster |
| 27 | zhijiangshihuanzhibaihuodian1212 |
| 28 | Huangwenbo |
| 29 | Nuosun Trade |
| 30 | chenweihang |
| 31 | ZHENGMEIGE |
| 32 | ATeLe US |
| 33 | linxinli123 |
| 34 | matengteng2024 |
| 35 | lindenghui1212 |
| 36 | Zhida Machinery |
| 37 | zhu1234 |
| 38 | MAMAGO |
| 39 | youfang1212 |
| 40 | shangqiukaihaowangluokejiyouxiangongsi |
| 41 | linyuning2024 |
| 42 | huanglidong art |
| 43 | junzilan198 |
| 44 | huaiwupos |
| 45 | lzxart |
| 46 | LIWENYI1 |
| 47 | putianshixianyouxianwwweihaoaa |
| 48 | baodanposter |
| 49 | linjianjin |
| 50 | linhaijiang |
| 51 | chenlinghan |
| 52 | AMZRMU |
| 53 | HuanZhiLian |
| 54 | xianyouxianhaoermaoyiyouxiangongsi |
| 55 | ESH7Shop |
| 56 | GZIXIXI |
| 57 | CHenlis |
| 58 | ABTUQW |
| 59 | wuhanshiyanyitaobaihuoshanghang |
| 60 | putianshixiuyuquguanxitumaoyiyouxiangongsi |
| 61 | ganlicheng1212 |
| 62 | JIAWENA |
| 63 | ZhengKangLong |
| 64 | 1siQs poster |
| 65 | Anime Wall 200 |

| 66 | Huang Xiao art |
|----|----------------|
| 67 | linxiong123 |
| 68 | jishengdedianpu |
| 69 | THANH HƯƠNG 59423520343 |
| 70 | junfeihaibao |
| 71 | zhenglanqing |
| 72 | dengyutao2024 |
| 73 | taoyuan2024 |
| 74 | liujianyonhaibao |
| 75 | qingrui att poster |
| 76 | jinluanart |
| 77 | 林花妹 |
| 78 | liuyongxiong2024 |
| 79 | Kissingbo |
| 80 | putianshixiuyuqulingfengmaoyiyouxiangongsi |
| 81 | liaohaisheng |
| 82 | putianshixiuyuquchujunhongmaoyiyouxiangongsi |
| 83 | xiaewu666 |
| 84 | HuNanXinZhangGuiShangMaoYouXianGongSi |